UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY FOURNIER , <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>JAG ONE, INC., <br><br>　　　　　　Defendant. | Case No. 1:21-cv-01479-NONE-EPG <br><br>ORDER GRANTING STIPULATION TO EXTEND THE DUE DATE OF DEFENDANT'S ANSWER <br><br>(ECF No. 7) |

　　　　Pursuant to the parties' stipulation (ECF No. 7) to extend the due date for Defendant to answer the Complaint, IT IS ORDERED that Defendant's answer shall be filed no later than November 16, 2021.

IT IS SO ORDERED.

　　Dated:　**November 3, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1